# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WAUKESHA FLORAL & GREENHOUSES, INC.,**
**(d/b/a Waukesha Floral and Waukesha Floral & Greenhouse),**

    Plaintiff,

  v.                                        Case No. 15-CV-1365

**JAMES POSSI and YOUR FLORIST LLC,**

    Defendants.

## ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

The plaintiff has filed an expedited non-dispositive motion for leave to file an amended complaint. (Docket # 53.) The plaintiff states that it learned from discovery received on March 21, 2016 that the defendants are utilizing five additional allegedly infringing tradenames. The plaintiff is not requesting a temporary injunction on these five tradenames; rather, it seeks to add them to the merits of the case. The defendants have not filed a response to the plaintiff's motion. Federal Rule of Civil Procedure 15(a)(2) provides that the court should freely give leave to amend when justice so requires. Thus, I will grant the plaintiff's motion for leave to file an amended complaint.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion for leave to file an amended complaint (Docket # 53) is **GRANTED**.

Dated at Milwaukee, Wisconsin this 4th day of May, 2016.

                                          BY THE COURT

                                          s/ *Nancy Joseph*
                                          NANCY JOSEPH
                                          United States Magistrate Judge