AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __WISCONSIN__

WAUKESHA FLORAL & GREENHOUSES, INC.,
    Plaintiff (s),

V.

JAMES POSSI and YOUR FLORIST, LLC
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-1365

Notice is hereby given that, subject to approval by the court, __JAMES POSSI/YOUR FLORIST, LLC__ substitutes
(Party (s) Name)

__Matthew L. Granitz__, State Bar No. __1059480__ as counsel of record in
(Name of New Attorney)

place of __Nathaniel Cade, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Piper, Schmidt & Wirth |
| Address: | 732 N. Jackson Street, Fourth Floor |
| Telephone: | (414) 225-4060    Facsimile (414) 271-6196 |
| E-Mail (Optional): | mlg@piperschmidt.com |

I consent to the above substitution.

Date: 10/24/16

(Signature of Party (s))

I consent to being substituted.

Date: October 19, 2016

Nathaniel Cade, Jr.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/24/16

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]