AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN  District of  WISCONSIN

WAUKESHA FLORAL & GREENHOUSES, INC.,
         Plaintiff (s),
V.
JAMES POSSI and YOUR FLORIST, LLC
         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-1365

Notice is hereby given that, subject to approval by the court, __JAMES POSSI/YOUR FLORIST, LLC__ substitutes
(Party (s) Name)

__Matthew L. Granitz__, State Bar No. __1059480__ as counsel of record in
(Name of New Attorney)

place of __Nathaniel Cade, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Piper, Schmidt & Wirth
 Address: 732 N. Jackson Street, Fourth Floor
 Telephone: (414) 225-4060   Facsimile (414) 271-6196
 E-Mail (Optional): mlg@piperschmidt.com

I consent to the above substitution.
Date: 10/24/16
(Signature of Party (s))

I consent to being substituted.
Date: October 19, 2016
Nathaniel Cade, Jr.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/24/16
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 10/25/16
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]