UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WAUKESHA FLORAL AND GREENHOUSES, INC. (d/b/a Waukesha Floral and Waukesha Floral and Greenhouse) <br><br> Plaintiff, <br><br> v. <br><br> JAMES POSSI YOUR FLORIST LLC, and ANN M. RICE, <br><br> Defendants. | Case No.: 15-CV-1365 |

## STATE FARM FIRE AND CASUALTY COMPANY'S
## MOTION FOR DECLARATORY AND SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Intervenor State Farm Fire and Casualty Company ("State Farm"), by and through its attorneys, Meissner Tierney Fisher & Nichols S.C., hereby moves this Court, pursuant to Fed. R. Civ. P 56 and 28 U.S.C. § 2201, for an order for declaratory and summary judgment declaring the following:

1. The insurance policy issued by State Farm (Policy No.: 99-CQ-4162-6) does not provide insurance coverage for the claims made and/or damages sought by the Plaintiff in this action;

2. State Farm has no continuing duty to defend and no duty to indemnify Defendants James Possi, Your Florist LLC, and Ann M. Rice in this action; and

3. State Farm is dismissed from this action on the merits and with prejudice.

This motion is supported by the attached Brief, Affidavit of Joshua J. Bryant, Proposed Findings of Fact, and other records on file in this action, as well as federal and state law.

Dated this 3rd day of April, 2017.

          MEISSNER TIERNEY FISHER & NICHOLS S.C.

By:   s/Mark D. Malloy
       Mark D. Malloy
       State Bar No: 1035066
       mdm@mtfn.com
       Joshua J. Bryant
       State Bar No: 1095175
       jjb@mtfn.com
       Attorneys for Intervenor
       State Farm Fire and Casualty Company

<u>Mailing Address</u>
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Phone: (414) 273-1300
Fax: 414-273-5840