UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WAUKESHA FLORAL AND GREENHOUSES,
INC. (d/b/a Waukesha Floral and Waukesha
Floral and Greenhouse)**

                                                 Case No.: 15-CV-1365

                    **Plaintiff,**

v.

**JAMES POSSI
YOUR FLORIST LLC, and
ANN M. RICE,**

                    **Defendants,**

**AMERICAN FAMILY MUTUAL INSURANCE
CO., ERIE INSURANCE EXCHANGE, and
STATE FARM FIRE AND CASUALTY COMPANY,**

                    **Intervenors.**

---

## FINAL JUDGMENT DISMISSING STATE FARM FIRE AND CASUALTY COMPANY AND AMERICAN FAMILY MUTUAL INSURANCE CO.

---

This action came for consideration before the Court with Magistrate Judge Nancy Joseph presiding. Pursuant to the October 6, 2017, Decision and Order (Docket # 139), it is hereby **ORDERED** and **ADJUDGED** as follows:

    1.    State Farm Fire and Casualty Company has no continuing duty to defend and no duty to indemnify any Defendant and shall be dismissed from this action, with prejudice.

    2.    American Family Mutual Insurance Co. has no continuing duty to defend and no duty to indemnify any Defendant and shall be dismissed from this action, with prejudice.

3. This Judgment shall be entered as a final judgment of this Court. There being no just reason for delay, the Clerk of the Court is hereby directed to immediately enter this Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 26th day of October, 2017.

BY THE COURT:

s/ *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge