# CRAMER, MULTHAUF & HAMMES, LLP
ATTORNEYS AT LAW

Matthew M. Fernholz

SUITE 200
1601 EAST RACINE AVENUE
POST OFFICE BOX 558
WAUKESHA, WISCONSIN 53187-0558
TELEPHONE (262) 542-4278
FACSIMILE (262) 542-4270
E-MAIL mmf@cmhlaw.com
www.cmhlaw.com

January 15, 2019

**VIA ELECTRONIC FILING**

Honorable Nancy Joseph
United States Courthouse Room 249
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: Waukesha Floral & Greenhouses, Inc. v. James Possi, et al.
Case No. 15-CV-1365

Dear Judge Joseph:

Per my call with your clerk yesterday, I am writing to provide the Court with an update on the status of this case. The parties successfully mediated the matter on January 7 with Judge Duffin. We subsequently reached agreement on the language of a settlement and a release. We are still waiting on a representative of Erie Insurance Exchange to sign the release and to disburse the settlement funds. My hope is that will be done shortly. Once that is accomplished, we will file the stipulation for dismissal.

Regardless, the Court may remove the trial from its calendar next week.

Thank you for your attention in regards to this matter.

Sincerely,

*/s/ Matthew M. Fernholz*

Matthew M. Fernholz

MMF:alk

CC: Waukesha Floral & Greenhouses, Inc. (via email)

*The Standard of Excellence*
Case 2:15-cv-01365-NJ   Filed 01/15/19   Page 1 of 1   Document 208