UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

WAUKESHA FLORAL &
GREENHOUSES, INC.,
d/b/a Waukesha Floral and
Waukesha Floral & Greenhouses,

    Plaintiff,                                             Case No.:     15-CV-01365

v.

JAMES POSSI,
YOUR FLORIST, LLC,
and ANN M. RICE,

    Defendants,
and

ERIE INSURANCE EXCHANGE

    Intervenors
_____

## STIPULATION FOR DISMISSAL
_____

    The parties, by their attorneys, stipulate and agree that the above-captioned action, together with all claims and causes of action, may be dismissed upon the merits, with prejudice, without costs to any party as against another, and without further notice.

    Dated this 8th day of February, 2019.

                                                CRAMER, MULTHAUF & HAMMES, LLP
                                               Attorneys for Plaintiffs

                                    BY:   *Electronically signed by Matthew M. Fernholz*
                                               MATTHEW M. FERNHOLZ
                                               State Bar No.: 1065765

Dated this 8th day of February, 2019.

          PIPER, SCHMIDT & WIRTH
          Attorneys for the Defendants

       BY: *Electronically signed by Joseph M. Wirth*
          JOSEPH M. WIRTH
          State Bar No.: 1012080

Dated this 8th day of February, 2019.

          BOARDMAN & CLARK, LLP
          Attorneys for the Erie Insurance Exchange

       BY: *Electronically signed by Evan B. Tenebruso*
          EVAN B. TENEBRUSO
          State Bar No.: 1085063